**No. 10-5843. Jermall Campbell, Petitioner v. United States.**

562 U.S. 939, 131 S. Ct. 351, 178 L. Ed. 2d 228, 2010 U.S. LEXIS 7473.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 603 F.3d 1218.

**No. 10-5844. Victor Delgadillo-Gallegos, Petitioner v. United States.**

562 U.S. 939, 131 S. Ct. 351, 178 L. Ed. 2d 228, 2010 U.S. LEXIS 7470.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 377 Fed. Appx. 758.

**No. 10-5845. Michael Maurice Clark, Petitioner v. United States.**

562 U.S. 939, 131 S. Ct. 352, 178 L. Ed. 2d 228, 2010 U.S. LEXIS 7122.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 373 Fed. Appx. 365.

**No. 10-5848. Urian R. Sturgis, Sr., Petitioner v. Karen Hayes, et al.**

562 U.S. 939, 131 S. Ct. 352, 178 L. Ed. 2d 228, 2010 U.S. LEXIS 7353.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 374 Fed. Appx. 620.

**No. 10-5851. Donald W. Stoyer, Petitioner v. Ohio Department of Job & Family Services.**

562 U.S. 939, 131 S. Ct. 352, 178 L. Ed. 2d 228, 2010 U.S. LEXIS 7502.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Franklin County, denied.

**No. 10-5857. George Williams, Petitioner v. Pennsylvania.**

562 U.S. 939, 131 S. Ct. 352, 178 L. Ed. 2d 228, 2010 U.S. LEXIS 7131.

October 4, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 987 A.2d 827.

**No. 10-5861. Anthony Wayne Johnson, Jr., Petitioner v. Carolyn Turchin, Magistrate Judge, United States District Court for the Central District of California.**

562 U.S. 939, 131 S. Ct. 395, 178 L. Ed. 2d 228, 2010 U.S. LEXIS 7595.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5862. Eric McFadden, Petitioner v. United States.**

562 U.S. 940, 131 S. Ct. 352, 178 L. Ed. 2d 228, 2010 U.S. LEXIS 7603.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 378 Fed. Appx. 699.